# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Janet Yde and Judith Kenyon, | Court File No. 14-CV-02849-PAM-HB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Divine & Service, Ltd., d/b/a D & S Recovery Solutions, Ltd., and Lonnie Larson, individually | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the deadlines for Defendants Divine & Service, Ltd., d/b/a D & S Recovery Solutions, Ltd., and Lonnie Larson, individually, to move, answer or otherwise plead in response to Plaintiffs' Complaint, are extended to and include August 21, 2014.

The parties agree that in entering into this Stipulation, all parties reserve all rights, including but not limited to defenses and objections to venue, personal and/or subject matter jurisdiction and service, and that entering into this Stipulation is subject to, and without waiver of, such defenses and objections.

Dated: August 8, 2014                    LOMMEN ABDO, P.A.

s/Bryan R. Feldhaus
Keith J. Broady, #120972
Bryan R. Feldhaus, #386677
2000 IDS Center; 80 South 8th Street
Telephone: 612-339-8131; Fax: 612-339-8064
kbroady@lommen.com; bryan@lommen.com
**ATTORNEYS FOR DEFENDANTS**

Dated: August 8, 2014						NICHOLS KASTER, PLLP


								s/ Timothy C. Selander
								Timothy C. Selander, #0387016
								Michele R. Fisher, #303069
								4600 IDS Center; 80 South 8th Street
								Minneapolis, MN 55402
								Telephone: 612-256-3200; Fax: 612-214-6870
								selander@nka.com; fisher@nka.com
								**ATTORNEYS FOR PLAINTIFFS**