UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Janet Yde and Judith Kenyon, | Court File No. 14-CV-02849-PAM-HB

Plaintiff,

v.

Divine & Service, Ltd., d/b/a
D & S Recovery Solutions, Ltd.,
and Lonnie Larson, individually

Defendants.

---

**NOTICE OF HEARING ON MOTION TO DISMISS OR TRANSFER VENUE, OR TO COMPEL ARBITRATION BY DEFENDANTS DIVINE & SERVICE, LTD., D/B/A D & S RECOVERY SOLUTIONS, LTD., AND LONNIE LARSON, INDIVIDUALLY**

---

TO: PLAINTIFF JANET YDE AND JUDITH KENYON AND THEIR ATTORNEYS TIMOTHY C. SELANDER, ESQ. AND MICHELE R. FISHER, ESQ., NICHOLS KASTER, PLLP:

**PLEASE TAKE NOTICE**, that Defendants Divine & Service, Ltd., d/b/a D & S Recovery Solutions, Ltd., and Lonnie Larson, individually, will bring a Motion to Dismiss Or, in the alternative, To Transfer Venue on **Thursday, November 6, 2014, at 9:30 a.m.**, or as soon thereafter as the parties may be heard, before the Honorable Paul A. Magnuson, Honorable Judge of the United States District Court, District of Minnesota, Courtroom 7D, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101, for an Order dismissing Plaintiffs' Complaint for improper venue pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1391, or for an Order transferring this matter to the

United States District Court for the Western District of Texas pursuant to 28 U.S.C. §§ 1406(a) or 1404(a) or, in the alternative, to compel arbitration of Plaintiffs' claims pursuant to Plaintiffs' employment agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, together with judgment for such costs and disbursements as may be properly allowed under law, and for such other relief as this Court deems just and equitable.

Dated: August 21, 2014	LOMMEN ABDO, P.A.

s/Bryan R. Feldhaus
Keith J. Broady, #120972
Bryan R. Feldhaus, #386677
2000 IDS Center
80 South 8th Street
Telephone: 612-339-8131
Fax: 612-339-8064
kbroady@lommen.com; bryan@lommen.com
**ATTORNEYS FOR DEFENDANTS**