## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Janet Yde and Judith Kenyon, | Court File No. 14-CV-02849-PAM-HB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Divine & Service, Ltd., d/b/a D & S Recovery Solutions, Ltd., and Lonnie Larson, individually | |
| Defendants. | |

___

Pursuant to the Stipulation for Dismissal Without Prejudice (Doc. No. 12) filed by the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice, without costs or attorneys' fees to either party, and subject to the additional terms agreed upon by the parties.

Dated: September 25, 2014

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge